October 15, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

EX PARTE K.L.B.

NO. 14-13-00315-CV
NO. 14-13-00316-CV
NO. 14-13-00317-CV
NO. 14-13-00318-CV
NO. 14-13-00319-CV
NO. 14-13-00320-CV
NO. 14-13-00321-CV
NO. 14-13-00322-CV

————————————————————

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on March 11, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Kerry Lee Beal.

We further order this decision certified below for observance.